UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JIMMY B SCHOBERT,**

   **Plaintiff,**

v.                                             Case No. 5:17cv35-MCR/GRJ

**ANDREWS**
**OFFICER, et al,**

   **Defendants.**
   _____/

### ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No timely objections have been filed. Having fully considered the Report and Recommendation and the record, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. The Motion for Leave to Proceed In Forma Pauperis is **DENIED**.

      3.      The case is **DISMISSED without prejudice** for abuse of the judicial process.

**DONE AND ORDERED** this 6th day of April, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**